UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHAMANA AUGUSTO COSTA,<br><br>    Plaintiff<br><br>  -against-<br><br>AMAZON.COM SERVICES LLC,<br><br>    Defendant. | 21 CV 5579 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Clerk of Court shall mark this action closed and all pending motions denied as moot, subject to reinstatement upon the application of either party within 30 days of the entry of this order.

**SO ORDERED.**

Dated:  November 12, 2021
     New York, New York

               _Loretta A. Presky_
               LORETTA A. PRESKA
               Senior United States District Judge